IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | No. <u>25-CR-1430 MIS</u> |
| vs. | ) | |
| | ) | |
| | ) | |
| **LUIS JESUS ESCOBEDO-MOLINA**, | ) | |
| | ) | |
| Defendant. | ) | |

<u>NOTICE OF APPEAL</u>

Notice is hereby given that the United States of America appeals to the United States

Court of Appeals for the Tenth Circuit, pursuant to 18 U.S.C. § 3731, from the order dismissing

Counts 2 and 3 of the information with prejudice (Doc. 23), entered in this case on July 11,

2025.

Respectfully submitted,

RYAN ELLISON
United States Attorney

***Electronically filed on 8/8/2025***
ELIZABETH TONKIN
Special Assistant U.S. Attorney

<u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that on August 8, 2025, I filed the foregoing electronically
through the CM/ECF system, which is designed to cause counsel of record for the defendant to
be served by electronic means.

*/s/*_____
ELIZABETH TONKIN
Special Assistant U.S. Attorney