UNITED STATES COURT OF APPEALS FOR THE TENTH CIRCUIT
Byron White United States Courthouse
1823 Stout Street
Denver, Colorado 80257
(303) 844-3157
Clerk@ca10.uscourts.gov

Christopher M. Wolpert   Jane K. Castro
Clerk of Court   Chief Deputy Clerk

September 26, 2025

Mr. Mitchell R. Elfers
United States District Court for the District of New Mexico
Office of the Clerk
100 North Church Street, Suite 280
Las Cruces, NM 88001

Ms. Paige Messec
Office of the United States Attorney
District of New Mexico
201 3rd Street NW, Suite 900
Albuquerque, NM 87102

Ms. Amanda Skinner
Office of the Federal Public Defender
District of New Mexico
506 South Main Street, Suite 400
Las Cruces, NM 88001

**RE:**   **25-2089, United States v. Escobedo-Molina**
Dist/Ag docket: 2:25-CR-01430-MIS-1

Dear Counsel and Clerk:

Please be advised that the court issued an order today dismissing this case.

In addition, pursuant to Federal Rule of Appellate Procedure 41, the Tenth Circuit's mandate issued today, and the court's judgment takes effect. With the issuance of this letter, jurisdiction is transferred back to the lower court/agency.

Please contact this office if you have questions.

Sincerely,

                    Christopher M. Wolpert
                    Clerk of Court

CMW/jjh